|     |     |     |
| --- | --- | --- |
|     | UNITED STATES DISTRICT COURT |     |
|     | DISTRICT OF NEVADA |     |
| LAUSTEVEION JOHNSON, | | Case No. 3:19-cv-00772-RCJ-CLB |
| Plaintiff | | **ORDER** |
| v. | | |
| NEVADA OFFENDER MANAGEMENT DIVISION, *et al.*, | | |
| Defendants | | |

## I. DISCUSSION

On December 30, 2019, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1).

Plaintiff's application to proceed *in forma pauperis* is incomplete. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed and current financial certificate. Plaintiff has submitted a financial certificate dated May 9, 2019 and an inmate account statement for the period of November 10, 2018 through May 9, 2019. Therefore, Plaintiff has not submitted a current financial certificate or an inmate account statement for the past six months. (*See* ECF No. 1). Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis* by filing a current financial certificate and an inmate account statement for the past six months, or in the alternative, pay the full $400 filing fee for this action. If Plaintiff fails to file a current financial certificate and an inmate account statement for the past six months, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **forty-five (45) days** from the date of this order, Plaintiff will either: (1) file a current financial certificate and an inmate account statement for the past six months in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff fails to timely file a current financial certificate and an inmate account statement for the past six months, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

DATED: January 7, 2020.

_____
UNITED STATES MAGISTRATE JUDGE